United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 12, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-30928

LAKE FOREST MANAGEMENT LLC

Plaintiff - Appellant

v.

HEALTHMARK PARTNERS INC

Defendant - Appellee

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana, New Orleans
USDC No. 2:03-CV-2354-L
--------------------

Before KING, Chief Judge, and DAVIS, Circuit Judge, and
FITZWATER, District Judge.[1]

PER CURIAM:[**]

The judgment of the district court is AFFIRMED for

essentially the reasons given by the district court in its

Findings of Fact and Conclusions of Law filed August 9, 2004.

AFFIRMED.

---

[1]     District Judge for the Northern District of Texas,
sitting by designation.

[**]     Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.